IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              Case No. 6:17-cr-60001

JARVIS LANG LARUE                                                           DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. ECF No. 27. The United States moves the Court to dismiss the Indictment as to Jarvis Lang Larue. Upon consideration, pursuant to Fed. R. Crim. P. 48(a), the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, the Indictment is **DISMISSED**.

**IT IS SO ORDERED**, this 20th day of February, 2018.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                United States District Judge